# United States District Court

for the
Southern District of Indiana

JOEY KIMBROUGH               )
               *Plaintiff,*      )
                            )
       vs.                     )      Cause No:
                            )
SNAP-ON CREDIT LLC;
EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.    )
                            )
                            )
                *Defendants.*      )

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

> *SNAP-ON CREDIT LLC*
> *950 Technology Way, Suite 301*
> *Libertyville, Il. 60048*

> *EQUIFAX INFORMATION SERVICES LLC*
> *c/o its registered agent CORPORATION SERVICE COMPANY*
> *135 North Pennsylvania Street, Suite 1610*
> *Indianapolis, IN 46204*

> *EXPERIAN INFORMATION SOLUTIONS, INC.*
> *c/o its registered agent C T CORPORATION SYSTEM*
> *334 North Senate Avenue*
> *Indianapolis, IN 46204*

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

> *Joey Kimbrough, Pro Se*
> *1712 Candy Court South*
> *Kokomo, IN 46902*
> *(765) 437-8451*
> *Joeykokomo2002@yahoo.com*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____ for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's Signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc.