

**FILED**

**11:14 am, Jun 28, 2022**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

June 6, 2022

Joey Kimbrough
1712 Candy Ct S
Kokomo, IN 46902

Re: Snap-on Credit LLC Account Number: XXXXX215

Dear Mr. Kimbrough,

We have received your recent correspondence regarding the above referenced account with Snap-on Credit. Please be advised that we have completed our investigation and determined that your tradeline should be deleted from your file. We have submitted a request to the credit reporting agencies to process this update.

Please allow time for the credit reporting agencies to make this change to your file.

Should you have any further questions or concerns, please feel free to contact SOC at 1-877-777-8455 x7309.

Sincerely,

Compliance Department
Snap-on Credit LLC
950 Technology Way, Suite 301
Libertyville, IL 60048