Exhibit "A"

| | Experian | Equifax |
|---|---|---|
| Account #: | 12356**** | 12356**** |
| Account Type: | Installment | Installment |
| Account Type - Detail: | Secured loan | - |
| Bureau Code: | Individual | Individual |
| Account Status: | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 |
| Date Opened: | 08/01/2015 | 08/01/2015 |
| Balance: | $7,629.00 | $7,629.00 |
| No. of Months (terms): | 60 | 60 |
| High Credit: | $12,358.00 | $7,075.00 |
| Credit Limit: | $0.00 | $0.00 |
| Past Due: | $7,629.00 | $7,629.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 03/31/2022 | 03/01/2022 |
| Comments: | Unpaid balance reported as a loss by the credit grantor. | Charged off account Amount in high credit original charge-off amount |
| Date Last Active: | 08/01/2020 | 07/01/2020 |
| Date of Last Payment: | 02/28/2020 | 07/01/2020 |

Two-Year payment history

| Month | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |