Exhibit "B"

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Snap-on Credit
950 Technology Way Suite 301
Libertyville, IL 60048

9590 9402 7265 1284 0745 81

2. Article Number (Transfer from service label)

7020 3160 0001 0598 9410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Finerty    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Colleen Finerty
C. Date of Delivery: 2/18/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Snap-on Credit
950 Technology Way Suite 301
Libertyville, IL 60048

9590 9402 7265 1284 0751 99

2. Article Number (Transfer from service label)

7020 3160 0001 4569 0956

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Colleen E. Finerty    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Colleen E. Finerty
C. Date of Delivery: 3/21/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt