SNAP-ON CREDIT LLC
PO Box 1216 DEPT #135044
Oaks, PA 19456

Exhibit "D"



(PLEASE ADDRESS ALL CORRESPONDENCE
ONLY TO THE ADDRESS TO THE RIGHT)→

950 Technology Way, Suite 301
Libertyville, IL 60048
TOLL FREE: 877-777-8455

March 3, 2022

Account# 123563215



JOEY KIMBROUGH
1712 CANDY CT S
KOKOMO IN 46902-4411

Dear Joey Kimbrough,

We have received your correspondence regarding the above referenced account with Snap-on Credit LLC. Pursuant to your request, we have concluded our review of your account and have validated:

- The account and amounts owed as set forth in your contract are correct as is the currently reported balance of amounts due are correct, and
- The information we have provided to the credit reporting agencies accurately represents your account activity with Snap-on Credit LLC to the best of our knowledge.

As a result, no changes will be made to your account with the credit reporting agencies at this time.

If you believe that Snap-on Credit LLC is reporting inaccurate information about an account you have with us, please send the following information to Snap-on Credit LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE, IL 60048:

- Name of the account holder
- Account number
- Last four digits of the Social Security Number of the account holder
- Account holder's date of birth
- A copy of your credit report or other documentation that shows the information you are disputing that is on file with the credit reporting agencies

If you need additional information, you may also call us at 877-777-8455 Ext. 7309.

Sincerely,


Compliance Department
Snap-on Credit LLC



126978-LEG-FVNC