Consumer Financial Protection Bureau

Exhibit "F"

(https://www.consumerfinance.gov/)

Submit a complaint / Complaint filed

# Your complaint

## Complaint Number 220317-8325235

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit reporting, credit repair services, or other personal consumer reports

**TYPE**
Credit reporting

## Step 2

### What type of problem are you having?

**ISSUE**
Incorrect information on your report

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

**TYPE OF ISSUE**
Account information incorrect

# Step 3

## What happened?

I sent an inital complaint dated 2/14/22 with the inaccuracies that are being reported differently across Experian and Equifax. They (Snap-On Credit) received that letter with certified returned receipt on 2/18/22. Their response was a "canned" response that all is well and they are reporting out accurately. A second letter was sent today (3/17/22) certified signature required with further violations highlighted. I hope they they cure the deficiencies by fixing or deleting the inaccurate items as required by Law.

☑ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

Fix the inaccuracies or delete as required by the Fair Credit Reporting Act as written into Law by Congress.

# Step 4

## What company is this complaint about?

**COMPANY INFORMATION**
SNAP-ON CREDIT LLC

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**
0233

**DATE OF BIRTH**
07/19/1970

**NAME AS IT APPEARS ON CREDIT REPORT**
Joey Kimbrough