UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC;

EQUIFAX INFORMATION SERVICES LLC

    Defendants.

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

EXPERIAN INFORMATION SOLUTIONS, INC.
c/o its registered agent CT CORPORATION SYSTEM
334 North Senate Avenue
Indianapolis, IN 46204

I, Lisa Kimbrough, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on 6/23/2022 a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: Summons and Complaint from JOEY KIMBROUGH

CORPORATE SERVICE TO: EXPERIAN INFORMATION SOLUTIONS, INC.

SIGNED AND RECEIVED BY: "illegible signature"

DATE RECEIVED AND SIGNED: 6/28/22

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 7/1/22     SIGNATURE OF AFFIANT: _/s/ Joey Kimbrough_

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian Information Solutions, INC
c/o its registered agent
CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

9590 9402 7265 1284 0752 50

2. Article Number (Transfer from service label)

7021 0950 0001 4169 8522

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Indianapolis, IN 46204  OFFICIAL USE

Certified Mail Fee  $3.75   $3.05   0738 54

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $_____
☐ Return Receipt (electronic)    $_____
☐ Certified Mail Restricted Delivery  $_____
☒ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____

Postage  $2.36

Total Postage and Fees  $9.16

Postmark Here — KOKOMO IN 46902 — JUN 23 2022 — 06/23/2022 — USPS

Sent To: Experian Information Solutions, INC c/o its registered agent
Street and Apt. No., or PO Box No.: CT Corporation System
334 North Senate Avenue
City, State, ZIP+4®: Indianapolis, IN 46204

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0950 0001 4169 8522

**BUSINESS INFORMATION**
HOLLI SULLIVAN
INDIANA SECRETARY OF STATE
07/01/2022 12:40 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | EXPERIAN INFORMATION SOLUTIONS, INC. | Business ID: | 1996091479 |
| Entity Type: | Foreign For-Profit Corporation | Business Status: | Active |
| Creation Date: | 09/30/1996 | Inactive Date: | |
| Principal Office Address: | 475 ANTON BOULEVARD, COSTA MESA, CA, 92626, USA | Expiration Date: | Perpetual |
| Jurisdiction of Formation: | Ohio | Business Entity Report Due Date: | 09/30/2022 |
| Original Formation Date: | 02/18/1992 | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Secretary | Jason Engel | 475 Anton Boulevard, COSTA MESA, CA, 92626, USA |
| Vice President | Tony Reeves | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Director | Darryl Gibson | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Director | Craig Boundy | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Director | Kerry Williams | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Assistant Treasurer | Maryam Damavandi | 475 Anton Blvd., Costa Mesa, CA, 92626, USA |

## Registered Agent Information

Type: **Business Commercial Registered Agent**
Name: **C T CORPORATION SYSTEM**
Address: **334 North Senate Avenue, Indianapolis, IN, 46204, USA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC;

EQUIFAX INFORMATION SERVICES LLC

    Defendants.

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

EQUIFAX INFORMATION SERVICES, LLC
c/o its registered agent CORPORATION SERVICE COMPANY
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

I, Lisa Kimbrough, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on 6/23/2022 a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

CORPORATE SERVICE TO: <u>EQUIFAX INFORMATION SERVICES, LLC</u>

SIGNED AND RECEIVED BY: *"MARY COLEMAN"*

DATE RECEIVED AND SIGNED: <u>6/27/22</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: <u>7/1/22</u>    SIGNATURE OF AFFIANT: *[signature]*

Exhibit "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services, LLC
C/o its registered agent
Corporation Service Company
135 North Pennsylvania St, Suite 1610
Indianapolis, IN 46204

9590 9402 7265 1284 0752 43

2. Article Number (Transfer from service label)

7021 0950 0001 4169 8515

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Mary Colema
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Mary Colema
C. Date of Delivery: JUN 2_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Indianapolis, IN 44204

Certified Mail Fee  $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $____
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☑ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.36

Total Postage and Fees  $9.16

Sent To: Equifax Information Services LLC c/o its registered agent
Street and Apt. No., or PO Box No.: Corporation Service Company 135 North Pennsylvania St., Suite 1610
City, State, ZIP+4®: Indianapolis, IN 46204

KOKOMO IN 46902
JUN 23 2022
06/23/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**BUSINESS INFORMATION**
HOLLI SULLIVAN
INDIANA SECRETARY OF STATE
07/01/2022 12:39 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **EQUIFAX INFORMATION SERVICES LLC** | Business ID: | **2001060600005** |
| Entity Type: | **Foreign Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **06/05/2001** | Inactive Date: | |
| Principal Office Address: | **1550 PEACHTREE STREET, NW, H-46, ATLANTA, GA, 30309, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Georgia** | Business Entity Report Due Date: | **06/30/2023** |
| Original Formation Date: | **06/04/2001** | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Lisa Stockard | 1550 Peachtree Street, NW, Atlanta, GA, 30309, USA |
| Treasurer | Michael Gabe Bonfield | 1550 PEACHTREE STREET, NW,, Atlanta, GA, 30309, USA |
| Manager | Lisa Stockard | 1550 PEACHTREE STREET, NW, Atlanta, GA, 30309, USA |
| Vice President | Traci HornFeck | 1550 PEACHTREE STREET, NW, Atlanta, GA, 30309, USA |
| Assistant Secretary | Lillian Juhazs | 1550 PEAXHTREE STREET. NW, Atlanta, GA, 30309, USA |

## Registered Agent Information

Type: **Business Commercial Registered Agent**
Name: **CORPORATION SERVICE COMPANY**
Address: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC;

EQUIFAX INFORMATION SERVICES LLC

    Defendants.

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

SNAP-ON CREDIT LLC
950 Technology Way, Suite 301
Libertyville, Il. 60048

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on <u>6/23/2022</u> a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

CORPORATE SERVICE TO: <u>SNAP-ON CREDIT LLC</u>

SIGNED AND RECEIVED BY: <u>"C. FINERTY"</u>

DATE RECEIVED AND SIGNED: <u>6/27/22</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 7/1/22      SIGNATURE OF AFFIANT: *Lisa Kimbrough*

Exhibit "4"

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Snap On Credit LLC
   950 Technology Way, Suite 301
   Libertyville, IL 60048

   9590 9402 7265 1284 0752 67

2. Article Number (Transfer from service label)

   7021 0950 0001 4169 8539

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Timothy_
☐ Agent
☐ Addressee

B. Received by (Printed Name): T. Finnity
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Libertyville, IL 60048   OFFICIAL USE

Certified Mail Fee  $3.75
$                                      0738

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☒ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $

Postage  $2.36
$

Total Postage and Fees
$9.16

Postmark Here — KOKOMO IN 46902 — JUN 23 2022 — 06/23/2022

Sent To: Snap On Credit LLC
Street and Apt. No., or PO Box No.: 950 Technology Way, Suite 301
City, State, ZIP+4®: Libertyville, IL 60048

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0950 0001 4169 8539

**BUSINESS INFORMATION**
HOLLI SULLIVAN
INDIANA SECRETARY OF STATE
07/01/2022 12:42 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **SNAP-ON CREDIT LLC** | Business ID: | **1999030221** |
| Entity Type: | **Foreign Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **03/03/1999** | Inactive Date: | |
| Principal Office Address: | **950 TECHNOLOGY WAY, STE. 301, LIBERTYVILLE, IL, 60048, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Delaware** | Business Entity Report Due Date: | **03/31/2023** |
| Original Formation Date: | **10/26/1998** | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Manager | Joseph Burger | 950 Technology Way, Ste. 301, Libertyville, IL, 60048, USA |
| Manager | Jeffrey Kostrzewa | 950 Technology Way, Ste. 301, Libertyville, IL, 60048, USA |

## Registered Agent Information

Type: **Business Commercial Registered Agent**

Name: **C T CORPORATION SYSTEM**

Address: **334 North Senate Avenue, Indianapolis, IN, 46204, USA**