**BUSINESS INFORMATION**
HOLLI SULLIVAN
INDIANA SECRETARY OF STATE
07/01/2022 12:40 PM

## Business Details

| | | | |
|---|---|---|---|
| *Business Name:* | **EXPERIAN INFORMATION SOLUTIONS, INC.** | *Business ID:* | **1996091479** |
| Entity Type: | **Foreign For-Profit Corporation** | Business Status: | **Active** |
| Creation Date: | **09/30/1996** | Inactive Date: | |
| Principal Office Address: | **475 ANTON BOULEVARD, COSTA MESA, CA, 92626, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Ohio** | Business Entity Report Due Date: | **09/30/2022** |
| Original Formation Date: | **02/18/1992** | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Secretary | Jason Engel | 475 Anton Boulevard, COSTA MESA, CA, 92626, USA |
| Vice President | Tony Reeves | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Director | Darryl Gibson | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Director | Craig Boundy | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Director | Kerry Williams | 475 Anton Boulevard, Costa Mesa, CA, 92626, USA |
| Assistant Treasurer | Maryam Damavandi | 475 Anton Blvd., Costa Mesa, CA, 92626, USA |

## Registered Agent Information

Type: **Business Commercial Registered Agent**

Name: **C T CORPORATION SYSTEM**

Address: **334 North Senate Avenue, Indianapolis, IN, 46204, USA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC;

EQUIFAX INFORMATION SERVICES LLC

Defendants.

**AFFIDAVIT OF SERVICE**

**DEFENDANT:**

EQUIFAX INFORMATION SERVICES, LLC
c/o its registered agent CORPORATION SERVICE COMPANY
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

I, Lisa Kimbrough, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on 6/23/2022 a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: Summons and Complaint from JOEY KIMBROUGH

CORPORATE SERVICE TO: EQUIFAX INFORMATION SERVICES, LLC

SIGNED AND RECEIVED BY: *"MARY COLEMAN"*

DATE RECEIVED AND SIGNED: 6/27/22

***Certified Mail Receipt and Signature Card enclosed as "Exhibit A"***

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 7/1/22 SIGNATURE OF AFFIANT: [signature]

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services, LLC
c/o its registered agent
Corporation Service Company
135 North Pennsylvania St, Suite 1610
Indianapolis, IN 46204

9590 9402 7265 1284 0752 43

2. Article Number *(Transfer from service label)*

7021 0950 0001 4169 8515

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature Mary Coleman
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Mary Coleman

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 2 ... INDIANAPOLIS ... 46204

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

(over $500) Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Indianapolis, IN 46204

7021 0950 0001 4169 8515

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.75 | 0738 |
| | $3.75 | 54 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☑ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $2.36 | |
| ***Total Postage and Fees*** | $ $9.16 | 06/23/2022 |

KOKOMO IN 46902 JUN 23 2022

*Sent To* Equifax Information Services LLC c/o it's registered agent
*Street and Apt. No., or PO Box No.* Corporation Service company 135 North Pennsylvania St., Suite 1610
*City, State, ZIP+4®* Indianapolis, In 46204

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**BUSINESS INFORMATION**
HOLLI SULLIVAN
INDIANA SECRETARY OF STATE
07/01/2022 12:39 PM

## Business Details

| | | | |
|---|---|---|---|
| *Business Name:* | **EQUIFAX INFORMATION SERVICES LLC** | *Business ID:* | ***2001060600005*** |
| Entity Type: | **Foreign Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **06/05/2001** | Inactive Date: | |
| Principal Office Address: | **1550 PEACHTREE STREET, NW, H-46, ATLANTA, GA, 30309, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Georgia** | Business Entity Report Due Date: | **06/30/2023** |
| *Original Formation Date:* | **06/04/2001** | *Years Due:* | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Lisa Stockard | 1550 Peachtree Street, NW, Atlanta, GA, 30309, USA |
| Treasurer | Michael Gabe Bonfield | 1550 PEACHTREE STREET, NW,, Atlanta, GA, 30309, USA |
| Manager | Lisa Stockard | 1550 PEACHTREE STREET, NW, Atlanta, GA, 30309, USA |
| Vice President | Traci HornFeck | 1550 PEACHTREE STREET, NW, Atlanta, GA, 30309, USA |
| Assistant Secretary | Lillian Juhazs | 1550 PEAXHTREE STREET. NW, Atlanta, GA, 30309, USA |

## Registered Agent Information

Type: **Business Commercial Registered Agent**

Name: **CORPORATION SERVICE COMPANY**

Address: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA**