# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOEY KIMBROUGH,<br>*Plaintiff,*<br><br>v.<br><br>SNAP-ON CREDIT LLC, et al.,<br>*Defendant(s).* | Case No.   22-cv-01217-SEB-DML |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SNAP-ON CREDIT LLC.                                                                                                   .

Date:   July 6, 2022

*/s/ David M. Schultz*
*Attorney's signature*

David M. Schultz – Bar No. 6197596
*Printed name and bar number*

Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
*Address*

dschultz@hinshawlaw.com
*E-mail address*

(312) 704-3000
*Telephone number*

(312) 704-3001
*FAX number*

1052698\311106374.v1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 6, 2022,** I electronically filed the forgoing **APPEARANCE OF**

**COUNSEL** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be

served upon all parties of record.

Date:  July 6, 2022

/s/ David M. Schultz
*Attorney's signature*

David M. Schultz – Bar No. 6197596
*Printed name and bar number*

2