**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>        Plaintiff,<br><br>  v.<br><br>SNAP-ON CREDIT LLC;<br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>        Defendants. | Case No. 1:22-cv-01217-SEB-DML |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT Steven D. Brock, an attorney with the law firm CLARK HILL PLC, hereby enters his appearance as attorney for Defendant Equifax Information Services LLC, in the above captioned matter and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon him as follows:

> Steven D. Brock
> CLARK HILL PLC
> 151 South Old Woodward Avenue, Suite 200
> Birmingham, MI 48009
> sbrock@clarkhill.com

Respectfully submitted this July 7, 2022.

                */s/ Steven D. Brock*
                Steven D. Brock
                151 South Old Woodward Avenue, Suite 200
                Birmingham, MI 48009
                (248) 988-1811 (telephone)
                (248) 530-9177 (facsimile)
                sbrock@clarkhill.com

                *Counsel for Defendant*
                *Equifax Information Services L*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

*/s/ Steven D. Brock*
Steven D. Brock
*Counsel for Defendant*
*Equifax Information Services LLC*