UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>        Plaintiff,<br><br>   v.<br><br>SNAP-ON CREDIT LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendants. | Case No. 1:22-cv-01217-SEB-DML |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), for its Corporate Disclosure Statement, Defendant Equifax Information Services LLC ("Equifax"), states as follows: Equifax Information Services LLC's parent company, Equifax Inc., is a publicly traded company on the NYSE. It has no other corporation owning more than 10% of its stock.

DATED:  July 12, 2022

Respectfully submitted,

CLARK HILL PLC

By: */s/ Steven D. Brock*
    Steven D. Brock
    CLARK HILL PLC
    151 South Old Woodward Avenue, Suite 200
    Birmingham, MI 48009
    Telephone:  (248) 988-1811
    Facsimile:  (248) 530-9177
    Email:  sbrock@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, a copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT was filed electronically via the Court's CM/ECF which will send notification of such filing to all counsel of record.

                                              */s/ Steven D. Brock*
                                              Steven D. Brock
                                              *Counsel for Defendant*
                                              *Equifax Information Services LLC*