UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>      Plaintiff,<br><br>v.<br><br>SNAP-ON CREDIT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendants. | Civil Action No. 1:22-cv-01217-SEB-DML |

**LOCAL RULE 6-1 NOTICE OF AUTOMATIC INITIAL EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Experian Information Solutions, Inc. ("Experian"), through its undersigned counsel, and pursuant to Local Rule 6-1, submits this Notice of Automatic Initial Extension to Respond to Plaintiff's Complaint. In support, Experian states as follows:

1. Plaintiff filed this action on June 15, 2022.

2. This case involves alleged violations of the Fair Credit Reporting Act.

3. Experian's current deadline to respond to the Complaint is July 19, 2022.

4. July 19, 2022 is Experian's original deadline to respond to the Complaint and such deadline has not been previously extended.

5. Experian requests an extension of twenty-eight (28) days to respond to the Complaint, making its new deadline August 16, 2022.

6. Experian's requested extension does not interfere with any case management plan, as one has not yet been entered, any scheduled hearings or trials, or any other deadlines set by court order.

7. Experian's counsel reached out to pro se Plaintiff and counsel for Defendants Snap-On Credit, LLC and Equifax Information Services, LLC via email on July 14, 2022, 2022 regarding the requested extension. That same day, pro se Plaintiff and counsel for Defendants Snap-On Credit, LLC and Equifax Information Services, LLC confirmed they had no objection to Experian's requested extension.

WHEREFORE, pursuant to Local Rule 6-1, Experian respectfully requests that the Court enter this Notice and extend the deadline for it to respond to the Complaint to August 16, 2022.

Dated: July 15, 2022

Respectfully submitted,

/s/ *Logan C. Hughes*
Logan C. Hughes (#24953-53)
Reminger Co., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, Indiana  46268
Phone:  (317) 853-7367
Email: lhughes@reminger.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.  I further certify that the foregoing document is being mailed this day to Plaintiff Joey Kimbrough at the following address:

1712 Candy Court South
Kokomo, IN 46902

Respectfully submitted,

*/s/ Logan C. Hughes*
*Counsel for Defendant*
*Experian Information Solutions, Inc.*