**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>        Plaintiff,<br><br>  v.<br><br>SNAP-ON CREDIT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Civil Action No. 1:22-cv-01217-SEB-DML |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the motion of Bo Alexander Stewart of the law firm Jones Day, seeking an Order granting Bo Alexander Stewart of Jones Day, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Experian Information Solutions, Inc. in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Bo Alexander Stewart (PA #326089)
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Phone: (412) 394-9510
Fax: (412) 394-7959
bstewart@jonesday.com

Dated: _____

_____
Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

Service on the listed individual below will be made in the traditional paper manner, via first-class U. S. Mail:

Joey Kimbrough, *Plaintiff*
1712 Candy Court South
Kokomo, IN 46902