FILED
07/22/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC;

EQUIFAX INFORMATION SERVICES LLC

    Defendants.

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant Equifax Information Solutions, Inc. ("Equifax"), by Kimbrough, Pro Se, and Equifax through respective counsel of record, and hereby stipulate and agree that the above-captioned cause of action be DISMISSED as to EQUIFAX ONLY, with prejudice, with each party to pay their own attorney fees and costs.

Respectfully submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

/s/ Sarah Lyons
Seyfarth Shaw LLP
Attorney for Equifax
1075 Peachtree St, N.E., Suite 2500
Atlanta, GA 30309
sdlyons@seyfarth.com
(212) 218-5553

## Certificate of Service

I hereby certify that on July 22th, 2022, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court. I also certify that the foregoing was emailed to the following attorneys of record the same:

***Distribution:***

| | |
|---|---|
| Eric Barton<br>EBarton@seyfarth.com | Sarah Lyons<br>sdlyons@seyfarth.com |
| David M. Shultz<br>dschultz@hinshawlaw.com | Joseph D. Kern<br>jkern@hinshawlaw.com |
| Steven D. Brock<br>sbrock@clarkhill.com | Bo Stewart<br>bstewart@jonesday.com |