UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SNAP-ON CREDIT LLC;<br><br>EXPERIAN INFORMATION SOLUTIONS, INC;<br><br>EQUIFAX INFORMATION SERVICES LLC<br><br>　　　Defendants. | PROPOSED ORDER EQUIFAX INFORMATION SOLUTIONS, INC. |

## ORDER OF DISMISSAL

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant Equifax Information Solutions, Inc. ("Equifax"), by Kimbrough, Pro Se, and Equifax through respective counsel of record, and filed a Stipulation of Dismissal of this cause of action as to EQUIFAX ONLY, with each party to pay its own attorney fees and costs.

And the Court, having considered said Stipulation and being fully advised in the premises, now finds the Stipulation of Dismissal should be and hereby is, APPROVED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned cause of action is now DISMISSED as to Equifax Information Solutions, Inc. ONLY, with prejudice.

IT IS SO ORDERED.

Dated: _____

_____

JUDGE, U.S. DISTRICT COURT
United States District Court
Southern District of Indiana