UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

      Plaintiff,

    v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC;

EQUIFAX INFORMATION
SERVICES LLC

      Defendants.

## ORDER OF DISMISSAL

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant Equifax Information Solutions, Inc. ("Equifax"), by Kimbrough, Pro Se, and Equifax through respective counsel of record, and filed a Stipulation of Dismissal of this cause of action as to EQUIFAX ONLY, with each party to pay its own attorney fees and costs.

And the Court, having considered said Stipulation and being fully advised in the premises, now finds the Stipulation of Dismissal should be and hereby is, APPROVED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned cause of action is now DISMISSED as to Equifax Information Solutions, Inc. ONLY, with prejudice.

IT IS SO ORDERED.

Dated: ___7/27/2022___

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF