UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC;

    Defendants.

**FILED**
11:31 am, Jul 29, 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Motion to Strike Defendant "SNAP-ON CREDIT LLC's" ANSWER

COMES NOW Plaintiff Joey Kimbrough ("Kimbrough"), Pro Se, pursuant to *Local Rule 83-6*, allege and say the following:

### Statement of Facts

1. On or about 6/15/2022 Kimbrough filed a *Complaint* against SNAP-ON CREDIT LLC ("Snap-On") and *proposed Summons* for the same with this Court (DKT.1).

2. On or about 6/22/2022 this honorable Court issued *Summons* for Snap-On (DKT. 4).

3. On or about 7/1/2022 Kimbrough filed *Notice of Service* with the Court as to Snap-On (DKT. 7).

4. On or about 7/6/2022 Joseph D. Kern ("Kern") filed an *appearance* on behalf of Snap-On (DKT. 9).

5. On or about 7/6/2022 Defendant Snap-On filed a *Notice of Parties' First Extension of Time* by Kern (DKT. 10).

6. On or about 7/6/2022 the Clerk of this Court sent *Notice to File Corporate Disclosure Statement* to Snap-On (DKT. 12).

7. On or about 7/14/2022 the Corporate Disclosure Statement by Snap-On was filed by and for Kern (DKT. 16).

8. On or about 7/27/2022 Snap-On filed an *Answer* to Plaintiff's Complaint along with *Affirmative Defenses* by and through Kern.

9. It is through belief and discovery that Kern is not on the *Roll of Attorneys* as held by the Indiana Supreme Court ("Exhibit A").

10. It is through belief and discovery that the Indiana Supreme Court Board of Law Examiners requires all attorneys maintaining a cause or practicing law in the State of Indiana to be on the *Roll of Attorneys*.

11. Pursuant to Local Rule 83-6 – *Pro Hac Vice* Admission, of this honorable court, states the following:

    1) (a) **Authority to Represent Parties in a Case**. "An attorney who is not a member of the bar of the court may represent parties in a case if the nonmember has paid any required *pro hac vice* admission to the clerk of the court and been granted leave by the court to appear *pro hac vice* in the case

12. It is through belief and discovery that attorney Kern has not applied for *pro hac vice* admission through proper Motion, payment of required fee, and not been granted proper Leave by this court to proceed *pro hac vice*.

    **WHEREAS**, Plaintiff prays for the following relief by way of this Court's Order:

1. Declaratory Judgment that attorney Kern does not have the proper standing of this honorable Court to file an Answer for Defendant Snap-On Credit LLC.

2. For any other relief that this honorable Court deems as just and fitting.

Respectfully submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

### Certificate of Service

I hereby certify that on July 29th, 2022, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court. I also certify that the foregoing was emailed to the following attorneys of record the same:

*Distribution:*

| | |
|---|---|
| David M. Shultz<br>dschultz@hinshawlaw.com | Joseph D. Kern<br>jkern@hinshawlaw.com |
| Bo Stewart<br>bstewart@jonesday.com | Logan C. Hughes<br>lhughes@reminger.com |