UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP-ON CREDIT LLC;<br><br>EXPERIAN INFORMATION SOLUTIONS, INC;<br><br>    Defendants. | PROPOSED ORDER MOTION TO STRIKE DEFENDANT "SNAP-ON CREDIT LLC's" ANSWER |

**ORDER ON MOTION TO STRIKE DEFENDANT "SNAP-ON CREDIT LLC's"**

**ANSWER**

COMES NOW Plaintiff Joey Kimbrough ("Kimbrough"), Pro Se, and filed a *Motion to Strike Defendant "SNAP-ON Credit LLC's" Answer*.

And the Court, having considered said Motion and being fully advised in the premises, now finds the Motion to Strike should be and hereby is, APPROVED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant's Answer (DKT. 24) is DISMISSED and SHALL BE removed by the Clerk of this Court.

IT IS SO ORDERED.

Dated: _____

_____

JUDGE, U.S. DISTRICT COURT
United States District Court
Southern District of Indiana