UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

**FILED**

**1:05 pm, Aug 09, 2022**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

JOEY KIMBROUGH,

       Plaintiff,

    v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC;

       Defendants.

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant

Experian Information Solutions, Inc. ("Experian"), by Kimbrough, Pro Se, and

Experian through respective counsel of record, and hereby stipulate and agree that

the above-captioned cause of action be DISMISSED as to EXPERIAN ONLY, with

prejudice, with each party to pay their own attorney fees and costs.

Respectfully submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

/s/ Logan C. Hughes
REMINGER CO. LPA (Indianapolis)
Attorney for Experian
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
lhughes@reminger.com
(317) 853-7367

## Certificate of Service

I hereby certify that on August 9th, 2022, I electronically filed the foregoing

with the Clerk of the Court by email with attachments as is required by the Court.

I also certify that the foregoing was emailed to the following attorneys of record the

same:

*Distribution:*

David M. Shultz
dschultz@hinshawlaw.com

Logan C. Hughes
lhughes@reminger.com

Joseph D. Kern
jkern@hinshawlaw.com

Bo Stewart
bstewart@jonesday.com