UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>       Plaintiff,<br><br>    v.<br><br>SNAP-ON CREDIT LLC;<br><br>EXPERIAN INFORMATION SOLUTIONS, INC;<br><br>       Defendants. | PROPOSED ORDER EXPERIAN INFORMATION SOLUTIONS, INC. |

**ORDER OF DISMISSAL**

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant Experian Information Solutions, Inc. ("Experian"), by Kimbrough, Pro Se, and Experian through respective counsel of record, and filed a Stipulation of Dismissal of this cause of action as to EXPERIAN ONLY, with each party to pay its own attorney fees and costs.

And the Court, having considered said Stipulation and being fully advised in the premises, now finds the Stipulation of Dismissal should be and hereby is, APPROVED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned cause of action is now DISMISSED as to Experian Information Solutions, Inc. ONLY, with prejudice.

IT IS SO ORDERED.

Dated: _____

_____

JUDGE, U.S. DISTRICT COURT
United States District Court
Southern District of Indiana