UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

**FILED**

**3:24 pm, Aug 09, 2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

JOEY KIMBROUGH,

     Plaintiff,

   v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC;

     Defendants.

## NOTICE AND ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY

## FILED DOCUMENTS

PLEASE TAKE NOTICE that Plaintiff Joey Kimbrough ("Kimbrough"), pro se, hereby respectfully requests that an order be granted to remove Docket No. 26 "MOTION TO STRIKE SNAP-ON CREDIT'S ANSWER TO COMPLAINT" (hereafter "Motion to Strike") from the ECF docket for this matter on the grounds that the motion was filed incorrectly.

## Statement of Facts

1.  On or about 7/28/2022 Plaintiff Kimbrough filed a *Motion to Strike* pursuant to local rule 83-6 "*Pro Hac Vice*" and a *Proposed Order* for the same.

2.  On or about 8/8/2022 Attorney Kern provided proof of his standing with this court to Plaintiff Kimbrough.

3.  On 8/9/2022 Attorney Kern and Plaintiff Kimbrough spoke of the matter via phone with all indifferences relating to the *Motion* put to rest.

    **WHEREAS**, Plaintiff prays for the following relief by way of this Court's Order:

1.  Plaintiff respectfully moves the Court to remove the incorrectly filed documents permanently from the Court's public docket and ECF.

Respectfully submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

**Certificate of Service**

I hereby certify that on August 9th, 2022, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court. I also certify that the foregoing was emailed to the following attorneys of record the same:

*Distribution:*

David M. Shultz
dschultz@hinshawlaw.com

Joseph D. Kern
jkern@hinshawlaw.com

Bo Stewart
bstewart@jonesday.com

Logan C. Hughes
lhughes@reminger.com