UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

| | |
|---|---|
| JOEY KIMBROUGH, <br><br> Plaintiff, <br><br> v. <br><br> SNAP-ON CREDIT LLC; <br><br> EXPERIAN INFORMATION SOLUTIONS, INC; <br><br> Defendants. | PROPOSED ORDER GRANTING ADMINISTRATIVE REMOVAL OF INCORRECTLY FILED DOCUMENTS |

## ORDER ON ADMINISTRATIVE REMOVAL OF INCORRECTLY FILED DOCUMENTS

The Court having considered Plaintiff Kimbrough's *Unopposed Administrative Motion to Remove Incorrectly Filed Documents*, and good cause appearing thereof;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Unopposed Administrative Motion to Remove Incorrectly Filed Documents* is GRANTED.  The *Motion* filed as Docket No. 26 SHALL BE removed from the ECF.

IT IS SO ORDERED.

Dated: _____


_____

JUDGE, U.S. DISTRICT COURT
United States District Court
Southern District of Indiana