UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOEY KIMBROUGH,                          )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )        No. 1:22-cv-01217-SEB-DML
                                         )
SNAP-ON CREDIT LLC, et al.,              )
                                         )
              Defendants.                )

## Order

Plaintiff Joey Kimbrough, who is proceeding *pro se*, has filed a motion to remove incorrectly filed documents (Dkt. 28). The document Mr. Kimbrough asks to remove is his motion to strike defendant Snap-On Credit LLC's answer. The motion to remove makes clear that plaintiff no longer seeks to strike defendant's answer and requests that the court "remove the incorrectly filed documents permanently from the Court's public docket." Being duly advised, the court orders as follows.

The motion at Dkt. 28 is granted in part and denied in part. The court will not "remove" the plaintiff's motion to strike (Dkt. 26), but will deny it as moot.

So ORDERED.

 Date: 8/11/2022

                                          _Debra McVicker Lynch_
                                          Debra McVicker Lynch
                                          United States Magistrate Judge
                                          Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902