UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-01217-SEB-DML

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC;

    Defendants.

## ORDER OF DISMISSAL

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant Experian Information Solutions, Inc. ("Experian"), by Kimbrough, Pro Se, and Experian through respective counsel of record, and filed a Stipulation of Dismissal of this cause of action as to EXPERIAN ONLY, with each party to pay its own attorney fees and costs.

And the Court, having considered said Stipulation and being fully advised in the premises, now finds the Stipulation of Dismissal should be and hereby is, APPROVED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned cause of action is now DISMISSED as to Experian Information Solutions, Inc. ONLY, with prejudice.

IT IS SO ORDERED.

Dated: 08/25/2022

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902

Counsel of record via CM/ECF