# United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| JOEY KIMBROUGH | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Cause No: 1:22-cv-01217-SEB-DML |
| | ) | |
| | ) | |
| SNAP-ON CREDIT LLC, *et al*; | ) | |
| | ) | |
| *Defendants.* | ) | |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

> *SNAP-ON INCORPORATED*
> *8028 28ᵀᴴ Avenue*
> *Kenosha, WI 53140*

> *NICHOLAS T. PINCHUK*
> *8028 28ᵀᴴ Avenue*
> *Kenosha, WI 53140*

> *JOSEPH J. BURGER*
> *950 Technology Way, Ste 301*
> *Libertyville, IL. 60048*

> *KAREN L. DANIEL*
> *8028 28th Avenue*
> *Kenosha, WI 53140*

> *DAVID C. ADAMS*
> *8028 28ᵀᴴ Avenue*
> *Kenosha, WI 53140*

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

> *Joey Kimbrough, Pro Se*
> *1712 Candy Court South*
> *Kokomo, IN 46902*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____                         _____
                                                                              *Signature of Clerk or Deputy Clerk*

                                                                                             Civil Summons (Page 2)

Civil Action Number:  _1:22-cv-01217-SEB-DML _

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                               *Server's Signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc.