UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOEY KIMBROUGH, <br><br> Plaintiff, <br><br> v. <br><br> SNAP-ON CREDIT LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendants. | Case No. 1:22-cv-01217-SEB-KMB <br><br> Honorable Sarah Evans Barker <br><br> Magistrate Judge Kellie M. Barr |

## ORDER

This matter coming to be heard on Defendant Snap-on Credit LLC's Agreed Motion for Extension of Time to respond to Plaintiff Joey Kimbrough's First Motion to Amend Complaint and Add Defendants, with the Court being fully advised on the premises, it is hereby ordered:

1) Defendant Snap-on Credit LLC's motion for extension is granted and Defendant Snap-on Credit LLC has until November 11, 2022 to respond to Plaintiff's First Motion to Amend Complaint and Add Defendants (ECF No. 32).

November 9, 2022

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902