UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CASE NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC (*settled and
dismissed*);

EQUIFAX INFORMATION
SERVICES LLC (*settled and
dismissed*);

Defendants,

**FILED**

**11/18/2022**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

Honorable Sarah Evans Barker

Magistrate Judge Kellie M. Barr

## NOTICE OF INTENT TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS

Please take notice that Plaintiff Joey Kimbrough ("Plaintiff"), Pro Se, and

pursuant to Rule 45 of the Federal Rules of Civil Procedure, intends to issue the

enclosed subpoenas to Equifax Information Services, LLC, and Experian

Information Solutions, Inc., requesting each to produce the materials listed on the

rider enclosed with the subpoena.

Dated: November 18th, 2022                          Respectfully submitted,

                                                    /s/ *Joey Kimbrough*
                                                    Joey Kimbrough, Plaintiff
                                                    1712 Candy Court South
                                                    Kokomo, IN 46902
                                                    Joeykokomo2002@yahoo.com
                                                    (765) 437-8451

### Certificate of Service

Plaintiff certifies that November 18th, 2022, the foregoing *NOTICE OF INTENT TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS* was filed with the Clerk of this Court via email as is required for a Pro Se litigant pursuant to the Rules of this Court. I further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

*Distribution:*

David M. Shultz                          Joseph D. Kern
dschultz@hinshawlaw.com                  jkern@hinshawlaw.com

**JOEY KIMBROUGH v. SNAP-ON CREDIT LLC**
**CASE NO. 1:22-cv-01217-SEB-KMB**


**RIDER TO SUBPOENA**

1.  Please provide all documents and/or records that relate to Joey Douglas Kimbrough, SSN xxx-xx-0233; date of birth 7/19/70; and current last known address of 1712 Candy Court South, Kokomo, IN 46902 ("Kimbrough") from the date of January 1st, 2022 – Current.

2.  Please provide all dispute(s) that Kimbrough sent your company regarding a tradeline with Snap-on Credit LLC during the period January 1st, 2022 – Current.

3.  Please provide all correspondence that your company had with Snap-on Credit LLC regarding Kimbrough's tradeline with Snap-on Credit LLC during the period of January 1st, 2022 – Current.