UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01217-SEB-KMB |
| | ) |
| SNAP-ON CREDIT LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On November 18, 2022, Plaintiff Joey Kimbrough, proceeding *pro se*, filed a Notice of Intent to Issue Subpoena [Dkt. 38], which we construe as a request for the issuance of a subpoena under Federal Rule of Civil Procedure 45(a)(3). Plaintiff's request is **granted** to the extent that the **clerk should include** two endorsed, but otherwise blank subpoenas for the production of documents with Plaintiff's copy of this Order. It is Plaintiff's responsibility to ensure that the subpoenas are properly served.

IT IS SO ORDERED.

Date:   11/30/2022

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902

Steven D. Brock
CLARK HILL PLC
sbrock@clarkhill.com

Logan C. Hughes
Reminger Co. LPA - Cleveland
lhughes@reminger.com

Joseph D. Kern
HINSHAW & CULBERTSON LLP (Chicago)
jkern@hinshawlaw.com

David M. Schultz
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com

Bo Alexander Stewart
bo.a.stewart@gmail.com