UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CASE NO. 1:22-cv-01217-SEB-KMB

**FILED**
**12/13/2022**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC (*settled and dismissed*);

EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*);

    Defendants,

Honorable Sarah Evans Barker

Magistrate Judge Kellie M. Barr

### NOTICE OF SUBPOENA DENIAL BY EXPERIAN AND MOTION TO COMPEL WITH DISCOVERY

COMES NOW, Plaintiff Joey Kimbrough, Pro Se, pursuant to Federal Rule of Civil Procedure 45 and states the following:

1. On 11/18/2022 Plaintiff filed a *Notice of Intent to Subpoena* to Experian Information Solutions, Inc. **("Experian")**

2. On 11/30/2022 the Honorable Judge Sarah Evans Barker issued an Order to the Clerk of this Court to "include two endorsed, but otherwise blank subpoenas for the production of documents…" and mail to Plaintiff.

3. On or about 12/5/2022 Plaintiff received the endorsed subpoenas from the Clerk of this Court.

4. On or about 12/5/2022 Plaintiff mailed to Experian Information Solutions, Inc. a copy of the endorsed subpoena.

5. On 12/12/2022 Plaintiff received, from Experian, a denial letter via email citing "Experian is unable to comply with the request as issued." **(Attached)**

6. Experian is requiring a signed order with a judge or magistrate judge's signature to comply with the Subpoena request.

7. Plaintiff is requesting from this Honorable Court an Order to compel to his discovery request.

WHEREAS, Plaintiff prays that this Court will issue an Order to produce the discovery documents requested in the subpoena rider **(Attached)** and any other relief in these premises as deemed necessary by this Court.

Dated: December 12th, 2022                                    Respectfully submitted,

/s/ *Joey Kimbrough*
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
Joeykokomo2002@yahoo.com
(765) 437-8451

## Certificate of Service

Plaintiff certifies that on December 12th, 2022, the foregoing *Notice of Subpoena Denial and Motion to Compel with Discovery* was filed with the Clerk of

this Court via email as is required for a Pro Se litigant pursuant to the Rules of this Court.  I further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

***Distribution:***

David M. Shultz
dschultz@hinshawlaw.com

Joseph D. Kern
jkern@hinshawlaw.com

                                            /s/ Joey Kimbrough
                                            Joey Kimbrough, Plaintiff