UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CASE NO. 1:22-cv-01217-SEB-KMB

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP-ON CREDIT LLC;<br><br>EXPERIAN INFORMATION SOLUTIONS, INC (*settled and dismissed*);<br><br>EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*);<br><br>    Defendants, | **FILED**<br>**12/12/2022**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk<br><br>Honorable Sarah Evans Barker<br><br>Magistrate Judge Kellie M. Barr<br><br>PROPOSED ORDER |

## ORDER

The Court having considered Plaintiff's *Notice and Motion*, and good cause appearing thereof;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Experian Information Solutions, Inc. ("Experian") is to provide Plaintiff with the discovery documents requested in his original subpoena dated 12/5/2022 within five (5) days from this signed order. Further, Experian will DELIVER to the Plaintiff at joeykokomo2002@yahoo.com.

IT IS SO ORDERED.

Dated: _____

_____

JUDGE, U.S. DISTRICT COURT
United States District Court
Southern District of Indiana

Distribution:

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com