UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOEY KIMBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01217-SEB-KMB |
| | ) | |
| SNAP-ON CREDIT LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION TO COMPEL**

Plaintiff Joey Kimbrough moves the Court to compel non-party Experian Information Solutions, Inc. ("Experian") to comply with his subpoena for the production of documents. [Dkt. 40.] Mr. Kimbrough served his subpoena on or about December 5, 2022. [Dkt. 40-2.] Experian responded on December 12, 2022, stating that it would not respond to the subpoena as it had not been signed by a judge. [Dkt. 40-1.]

The Court **GRANTS** Mr. Kimbrough's Motion to Compel. [Dkt. 40.] The subpoena seeks information relevant to Mr. Kimbrough's claims and there is no indication that the discovery imposes an undue burden or expense. Though Experian objects on the basis that the subpoena was not signed by a judge, the subpoena was appropriately signed by the Clerk of Court. [Dkt. 40-2.] *See* Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service.").

The Court **ORDERS** Experian to comply with Mr. Kimbrough's subpoena and produce to him **within 21 days of the date of this Order** the documents described in the subpoena:

1. Please provide all documents and/or records that relate to Joey Douglas Kimbrough, SSN xxx-xx-0233; date of birth 7/19/70; and current last known address of 1712 Candy Court South, Kokomo, IN 46902 ("Kimbrough") from the date of January 1st, 2022 – Current.

2. Please provide all dispute(s) that Kimbrough sent your company regarding a tradeline with Snap-on Credit LLC during the period January 1st, 2022 – Current.
3. Please provide all correspondence that your company had with Snap-on Credit LLC regarding Kimbrough's tradeline with Snap-on Credit LLC during the period of January 1st, 2022 – Current.

Any failure by Experian to comply with this Order may result in a finding of contempt and the imposition of sanctions.

Mr. Kimbrough is directed to promptly effect appropriate service of this Order on Experian.

**So ORDERED.**

Date: 12/29/2022

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution: Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902