UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

**Case No. 1:22-cv-01217-SEB-KMB**

JOEY KIMBROUGH,

        Plaintiff,

   v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC (*settled and
dismissed*);

EQUIFAX INFORMATION
SERVICES LLC (*settled and
dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official
and individual capacities*);

JOSEPH J. BURGER (*official and
individual capacities*);

KAREN L. DANIEL (*official and
individual capacities*);

DAVID C. ADAMS (*official and
individual capacities*);

        Defendants.

**FILED**

**01/14/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

---

**NOTICE OF SERVICE OF PROCESS**

COMES NOW, Plaintiff JOEY KIMBROUGH, Pro Se, and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On January 9th, 2023, Defendant NICHOLAS T. PINCHUK, was served with the Summons and Complaint Pursuant to Federal Rules of Civil Procedure 4. *Copy of the Affidavit of Service attached.*

2. On January 6th, 2023, Defendant JOSEPH J. BURGER, was served with the Summons and Complaint Pursuant to Federal Rules of Civil Procedure 4. *Copy of the Affidavit of Service attached.*

3. On January 10th, 2023, Defendant SNAP-ON INCORPORATED, was served with the Summons and Complaint Pursuant to Federal Rules of Civil Procedure 4. *Copy of the Affidavit of Service attached.*

4. On January 10th, 2023, Defendant DAVID C. ADAMS, was served with the Summons and Complaint Pursuant to Federal Rules of Civil Procedure 4. *Copy of the Affidavit of Service attached.*

5. On January 9th, 2023, Defendant KAREN L. DANIEL, was served with the Summons and Complaint Pursuant to Federal Rules of Civil Procedure 4. *Copy of the Affidavit of Service attached.*

Respectfully Submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff, Pro Se
1712 Candy Court South
Kokomo, IN 46902

joeykokomo2002@yahoo.com
(765) 437-8451

## <u>Certificate of Service</u>

Plaintiff certifies that on January 14th, 2023, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via email as is required for a Pro Se litigant pursuant to the Rules of this Court.  I further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

*Distribution:*

David M. Shultz                             Joseph D. Kern
dschultz@hinshawlaw.com            jkern@hinshawlaw.com