Exhibit A

**SENDER: COMPLETE THIS SECTION**

Snap-on-Incorporated
Karen L. Daniel
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7078 10

7021 0350 0001 4172 6563

**COMPLETE THIS SECTION ON DELIVERY**

X Josh Clark   01/09/23

2801 80th ST
Kenosha, WI 53143



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Kenosha, WI 53143

| | |
|---|---|
| Certified Mail Fee $4.00 | 0738 54 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $_____ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | |
| Postage $2.16 | 01/04/2023 |
| Total Postage and Fees $9.41 | |

JAN 04 2023

Sent To Snap-on Incorporated % Karen L. Daniel
Street and Apt. No., or PO Box No. 8028 28th Avenue
City, State, ZIP+4® Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

### CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

| | |
|---|---|
| JOEY KIMBROUGH, <br><br> Plaintiff, <br><br> v. <br><br> SNAP-ON CREDIT LLC; <br><br> EXPERIAN INFORMATION SOLUTIONS, INC (*settled and dismissed*); <br><br> EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*); <br><br> SNAP-ON INCORPORATED; <br><br> NICHOLAS T. PINCHUK (*official and individual capacities*); <br><br> JOSEPH J. BURGER (*official and individual capacities*); <br><br> KAREN L. DANIEL (*official and individual capacities*); <br><br> DAVID C. ADAMS (*official and individual capacities*); <br><br> Defendants. | Honorable Judge Sarah Evans Barker <br><br> Magistrate Judge Kellie M. Barr |

### AFFIDAVIT OF SERVICE

**DEFENDANT:**

KAREN L. DANIEL
2801 80TH Street
Kenosha, WI. 53143

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on <u>1/4/2023</u> a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO: <u>KAREN L. DANIEL</u>

SIGNED AND RECEIVED BY: *"Josh Clark"*

DATE RECEIVED AND SIGNED: <u>1/9/2023 at 10:48am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 1/14/23     SIGNATURE OF AFFIANT: *Lisa Kimbrough*

Exhibit "A"

Tracking Number:

**70210950000141716561**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:48 am on January 9, 2023 in KENOSHA, WI 53143.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®



**Delivered**
Delivered, Front Desk/Reception/Mail Room
KENOSHA, WI 53143
January 9, 2023, 10:48 am

See All Tracking History