UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

## CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC (*settled and dismissed*);

EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official and individual capacities*);

JOSEPH J. BURGER (*official and individual capacities*);

KAREN L. DANIEL (*official and individual capacities*);

DAVID C. ADAMS (*official and individual capacities*);

    Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

DAVID C. ADAMS
2801 80TH Street
Kenosha, WI. 53143

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on <u>1/4/2023</u> a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO: <u>DAVID C. ADAMS</u>

SIGNED AND RECEIVED BY: "<u>*Joey Lashlee (sp.)*</u>"

DATE RECEIVED AND SIGNED: <u>1/10/2023 at 9:45am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit B"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 1/14/23     SIGNATURE OF AFFIANT: *Lisa Kimbrough*

Exhibit B

**SENDER: COMPLETE THIS SECTION**

Snap-on Incorporated
C/o David C. Adams
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7079 57

**COMPLETE THIS SECTION ON DELIVERY**

X [signature]
Joey Lashlee 1-10-2023

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Kenosha, WI 53144

Certified Mail Fee $4.00      0738 54
$ $3.22  KOKOMO IN 4690
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $0.00      Postmark
☐ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.16                   JAN 04 2023
                                 01/04/2023
Total Postage and Fees $7.41

Sent To Snap-on Incorporated C/o David C. Adams
Street and Apt. No., or PO Box No. 8028 28th Ave
City, State, ZIP+4® Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Exhibit "B"

**Tracking Number:**

# 70210950000141716578

Copy  Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:45 am on January 10, 2023 in KENOSHA, WI 53143.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®



**Delivered**
Delivered, Left with Individual
KENOSHA, WI 53143
January 10, 2023, 9:45 am

See All Tracking History

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

### CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC (*settled and dismissed*);

EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official and individual capacities*);

JOSEPH J. BURGER (*official and individual capacities*);

KAREN L. DANIEL (*official and individual capacities*);

DAVID C. ADAMS (*official and individual capacities*);

    Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

### AFFIDAVIT OF SERVICE

**DEFENDANT:**

NICHOLAS T. PINCHUK
2801 80TH Street
Kenosha, WI. 53143

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on <u>1/4/2023</u> a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO: <u>NICHOLAS T. PINCHUK</u>

SIGNED AND RECEIVED BY: <u>*"Josh Clark"*</u>

DATE RECEIVED AND SIGNED: <u>1/9/2023 at 10:48am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit C"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: <u>1/14/23</u>   SIGNATURE OF AFFIANT: *Lisa Kimbrough*

Exhibit C

**SENDER: COMPLETE THIS SECTION**

Snap-On Incorporated
c/o Nicholas T. Pinchuk
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7079 02

7021 0950 0001 4171 6547

**COMPLETE THIS SECTION ON DELIVERY**

X Josh Clark   ☒ Agent

Josh Clark   01/09/23

2807 80th ST
KENOSHA, WI 53143

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Kenosha, WI 53143   OFFICIAL USE

| Certified Mail Fee | $4.00 | | 0738 |
| --- | --- | --- | --- |
| $ | $3.25 | KOKOMO IN 46902 | 54 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required      $ JAN 04 2023
☐ Adult Signature Restricted Delivery $

Postage  $2.16
$
Total Postage and Fees   01/04/2023
$ $9.41

Sent To: Snap-On Incorporated c/o Nicholas T. Pinchuk
Street and Apt. No., or PO Box No.: 8028 28th Avenue
City, State, ZIP+4®: Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit "C"

Tracking Number:

**70210950000141716547**

Copy  Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:48 am on January 9, 2023 in KENOSHA, WI 53143.

Get More Out of USPS Tracking:
USPS Tracking Plus®

## Delivered

Delivered, Front Desk/Reception/Mail Room
KENOSHA, WI 53143
January 9, 2023, 10:48 am

See All Tracking History

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

## CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

    Plaintiff,

v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION SOLUTIONS, INC (*settled and dismissed*);

EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official and individual capacities*);

JOSEPH J. BURGER (*official and individual capacities*);

KAREN L. DANIEL (*official and individual capacities*);

DAVID C. ADAMS (*official and individual capacities*);

    Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

SNAP-ON INCORPORATED
2801 80TH Street
Kenosha, WI. 53143

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on <u>1/4/2023</u> a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

CORPORATE SERVICE TO: <u>SNAP-ON INCORPORATED</u>

SIGNED AND RECEIVED BY: "*Joey Lashlee (sp.)*"

DATE RECEIVED AND SIGNED: <u>1/10/2023 at 9:45am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit D"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 1/14/23            SIGNATURE OF AFFIANT: *Lisa Kimbrough*

Exhbt "D"

**SENDER: COMPLETE THIS SECTION**

Snap-on Incorporated
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7079 19

**COMPLETE THIS SECTION ON DELIVERY**

X Joey Lashlee
Joey Lashlee  1-10-2023

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Kenosha, WI 53143    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |

KOKOMO IN 46902   0738   54

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $0.00       Postmark
☐ Certified Mail Restricted Delivery $0.00       Here
☐ Adult Signature Required          $_____      JAN 04 2023
☐ Adult Signature Restricted Delivery $_____

Postage  $2.16                              01/04/2023

Total Postage and Fees  $9.41

Sent To: Snap-on Incorporated
Street and Apt. No., or PO Box No.: 8028 28th Avenue
City, State, ZIP+4®: Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit "D"

**Tracking Number:**

# 70210950000141716530

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:45 am on January 10, 2023 in KENOSHA, WI 53143.

### Get More Out of USPS Tracking:
 USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
KENOSHA, WI 53143
January 10, 2023, 9:45 am

See All Tracking History

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

## CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

| | |
|---|---|
| JOEY KIMBROUGH, <br><br> Plaintiff, <br><br> v. <br><br> SNAP-ON CREDIT LLC; <br><br> EXPERIAN INFORMATION SOLUTIONS, INC (*settled and dismissed*); <br><br> EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*); <br><br> SNAP-ON INCORPORATED; <br><br> NICHOLAS T. PINCHUK (*official and individual capacities*); <br><br> JOSEPH J. BURGER (*official and individual capacities*); <br><br> KAREN L. DANIEL (*official and individual capacities*); <br><br> DAVID C. ADAMS (*official and individual capacities*); <br><br> Defendants. | Honorable Judge Sarah Evans Barker <br><br> Magistrate Judge Kellie M. Barr |

## AFFIDAVIT OF SERVICE