Exhibit "E"



USPS Certified Mail Return Receipt addressed to:
Snap-On Incorporated
c/o Joseph J. Burger
950 Technology Way Ste 301
Libertyville, IL 60048

Tracking: 9590 9402 6788 1074 7078 03
Article: 7021 0950 0001 4171 6684

Signed by: Melody (Lambage?) — Libertyville, IL 60048 — JAN -6 2023 USPS

U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only

Certified Mail Fee $4.00
Extra Services & Fees
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.16
Total Postage and Fees $7.41

Postmark: KOKOMO IN 46902 — 01/04/2023 USPS

Sent To: Snap-on Incorporated c/o Joseph J. Burger
Street and Apt. No., or PO Box No.: 950 Technology Way Ste 301
City, State, ZIP+4: Libertyville, IL 60048

PS Form 3800, April 2015

Exhibit "E"

**Tracking Number:**

# 70210950000141716554

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 10:05 am on January 6, 2023 in LIBERTYVILLE, IL 60048.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®



**Delivered**
Delivered, Individual Picked Up at Postal Facility
LIBERTYVILLE, IL 60048
January 6, 2023, 10:05 am

See All Tracking History

**DEFENDANT:**

JOSEPH J. BURGER
950 Technology Way, Suite 301
Libertyville, IL. 60048

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on <u>1/4/2023</u> a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO: <u>JOSEPH J. BURGER</u>

SIGNED AND RECEIVED BY: <u>*"Melody Santiago (sp.)"*</u>

DATE RECEIVED AND SIGNED: <u>1/6/2023 at 10:05am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit E"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 1/14/23     SIGNATURE OF AFFIANT: *Lisa Kimbrough*