# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of INDIANA

### CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

      Plaintiff,

    v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC (*settled and
dismissed*);

EQUIFAX INFORMATION
SERVICES LLC (*settled and
dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official
and individual capacities*);

JOSEPH J. BURGER (*official and
individual capacities*);

KAREN L. DANIEL (*official and
individual capacities*);

DAVID C. ADAMS (*official and
individual capacities*);

      Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

### AFFIDAVIT OF SERVICE

**DEFENDANT:**

KAREN L. DANIEL
2801 80TH Street
Kenosha, WI. 53143


I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and

competent to testify as to the matters asserted herein.  I certify that on <u>1/4/2023</u> a

copy of the Summons and Complaint were sent to the Defendant listed above via

USPS Certified Mail with Signature Required.

DOCUMENT TYPE:  <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO:  <u>KAREN L. DANIEL</u>

SIGNED AND RECEIVED BY:  <u>*"Josh Clark"*</u>

DATE RECEIVED AND SIGNED:  <u>1/9/2023 at 10:48am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*


I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING

REPRESENTATIONS ARE TRUE.


DATED: <u>1/14/23</u>        SIGNATURE OF AFFIANT: _Lisa Kimbrough_

Exhibit A

SENDER: COMPLETE THIS SECTION

Snap-on-Incorporated
Karen L. Daniel
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7078 10

COMPLETE THIS SECTION ON DELIVERY

X   Josh Clark

Josh Clark   01/09/23

2801 80th ST
Kenosha, WI 53143

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Kenosha, WI 53143   OFFICIAL USE

| Certified Mail Fee | $4.00 | | 0738 |
| | $3.25 | | 54 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | | | |
| Postage | $2.16 | | |
| | | | 01/04/2023 |
| Total Postage and Fees | $9.41 | | |

Sent To   Snap-on Incorporated to Karen L. Daniel
Street and Apt. No., or PO Box No.   8028 28th Avenue
City, State, ZIP+4   Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

JAN 04 2023

Exhibit "A"

Tracking Number:

**702109500001417716561**

Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 10:48 am on January 9, 2023 in KENOSHA, WI 53143.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®



**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

KENOSHA, WI 53143
January 9, 2023, 10:48 am

See All Tracking History

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

## CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

   Plaintiff,

 v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC (*settled and
dismissed*);

EQUIFAX INFORMATION
SERVICES LLC (*settled and
dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official
and individual capacities*);

JOSEPH J. BURGER (*official and
individual capacities*);

KAREN L. DANIEL (*official and
individual capacities*);

DAVID C. ADAMS (*official and
individual capacities*);

   Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

DAVID C. ADAMS
2801 80TH Street
Kenosha, WI. 53143

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein.  I certify that on <u>1/4/2023</u> a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE:  <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO:  <u>DAVID C. ADAMS</u>

SIGNED AND RECEIVED BY:  <u>*"Joey Lashlee (sp.)"*</u>

DATE RECEIVED AND SIGNED:  <u>1/10/2023 at 9:45am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit B"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: <u>1/14/23</u>        SIGNATURE OF AFFIANT: <u>Lisa Kimbrough</u>

Exhibit B

**SENDER: COMPLETE THIS SECTION**

snap-on Incorporated
C/o David C. Adams
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7079 57

**COMPLETE THIS SECTION ON DELIVERY**

x _Jay Lashlee_

Jay Lashlee   1-10-2020

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Kenosha, WI 53145

**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee | $4.00 | 0738 |
| $ | $3.25 | 54 |
| Extra Services & Fees (check box, add fee as appropriate) | | KOKOMO IN 469 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | JAN 04 2023 |
| ☐ Adult Signature Restricted Delivery | $ | 01/04/2023 |
| Postage | $2.16 | |
| $ | | |
| Total Postage and Fees | $9.41 | |

Sent To  Snap-on Incorporated C/o David C. Adams
Street and Apt. No., or PO Box No.
8028 28th Ave
City, State, ZIP+4
Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

Exhibit "B"

Tracking Number:

**70210950000141716578**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:45 am on January 10, 2023 in KENOSHA, WI 53143.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

 **Delivered**

**Delivered, Left with Individual**

KENOSHA, WI 53143
January 10, 2023, 9:45 am

See All Tracking History

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

## CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

      Plaintiff,

   v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC (*settled and
dismissed*);

EQUIFAX INFORMATION
SERVICES LLC (*settled and
dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official
and individual capacities*);

JOSEPH J. BURGER (*official and
individual capacities*);

KAREN L. DANIEL (*official and
individual capacities*);

DAVID C. ADAMS (*official and
individual capacities*);

      Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

NICHOLAS T. PINCHUK
2801 80TH Street
Kenosha, WI. 53143

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and

competent to testify as to the matters asserted herein.  I certify that on <u>1/4/2023</u> a

copy of the Summons and Complaint were sent to the Defendant listed above via

USPS Certified Mail with Signature Required.

DOCUMENT TYPE:  <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO:  <u>NICHOLAS T. PINCHUK</u>

SIGNED AND RECEIVED BY:  <u>*"Josh Clark"*</u>

DATE RECEIVED AND SIGNED:  <u>1/9/2023 at 10:48am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit C"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING

REPRESENTATIONS ARE TRUE.

DATED: <u>1/14/23</u>      SIGNATURE OF AFFIANT: <u>Lisa Kimbrough</u>

Exhibit C

**SENDER: COMPLETE THIS SECTION**

Snap-on Incorporated
c/o Nicholas T. Pinchuk
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7079 02

7071 0450 0001 4171 6547

**COMPLETE THIS SECTION ON DELIVERY**

X Josh Clark    01/09/23

2801 80th St
KENOSHA, WI 53143

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Kenosha, WI 53143

OFFICIAL USE

| Certified Mail Fee | $4.00 | 0738 |
| | $3.35 | 54 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.16 | |
| $ | | |
| Total Postage and Fees | $9.41 | |
| $ | | |

KOKOMO IN 46902

JAN 04 2023

01/04/2023

USPS

Sent To  Snap-on Incorporated c/o Nicholas T. Pinchuk
Street and Apt. No., or PO Box No.  8028 28th Avenue
City, State, ZIP+4®  Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit "C"

**Tracking Number:**

**70210950000141716547**

⧉ Copy     ✗ Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 10:48 am on January 9, 2023 in KENOSHA, WI 53143.

**Get More Out of USPS Tracking:**

📲 USPS Tracking Plus®

 **Delivered**

**Delivered, Front Desk/Reception/Mail Room**

KENOSHA, WI 53143
January 9, 2023, 10:48 am

See All Tracking History

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of INDIANA

### CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

       Plaintiff,

   v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC (*settled and
dismissed*);

EQUIFAX INFORMATION
SERVICES LLC (*settled and
dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official
and individual capacities*);

JOSEPH J. BURGER (*official and
individual capacities*);

KAREN L. DANIEL (*official and
individual capacities*);

DAVID C. ADAMS (*official and
individual capacities*);

      Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

### AFFIDAVIT OF SERVICE

**DEFENDANT:**

SNAP-ON INCORPORATED
2801 80TH Street
Kenosha, WI. 53143

I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and

competent to testify as to the matters asserted herein.  I certify that on <u>1/4/2023</u> a

copy of the Summons and Complaint were sent to the Defendant listed above via

USPS Certified Mail with Signature Required.

DOCUMENT TYPE:  <u>Summons and Complaint from JOEY KIMBROUGH</u>

CORPORATE SERVICE TO:  <u>SNAP-ON INCORPORATED</u>

SIGNED AND RECEIVED BY:  <u>*"Joey Lashlee (sp.)"*</u>

DATE RECEIVED AND SIGNED:  <u>1/10/2023 at 9:45am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit D"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING

REPRESENTATIONS ARE TRUE.

DATED:  <u>1/14/23</u>          SIGNATURE OF AFFIANT:  *Lisa Kimbrough*

Exhibit "D"

**SENDER: COMPLETE THIS SECTION**

Snap-on Incorporated
8028 28th Avenue
Kenosha, WI 53140

9590 9402 6788 1074 7079 19

**COMPLETE THIS SECTION ON DELIVERY**

X _Joey Lashlue_

Joey Lashlue 1-10-2023

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Kenosha WI 53143

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $2.16 |
| Total Postage and Fees | $9.41 |

KOMO IN 46902   0738   54

Postmark
Here

JAN 04 2023

01/04/2023

Sent To: Snap-on Incorporated
Street and Apt. No., or PO Box No. 8028 28th Avenue
City, State, ZIP+4® Kenosha, WI 53140

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit "D"

Tracking Number:

**70210950000141716530**

Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:45 am on January 10, 2023 in KENOSHA, WI 53143.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®



**Delivered**

**Delivered, Left with Individual**

KENOSHA, WI 53143
January 10, 2023, 9:45 am

See All Tracking History

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

## CIVIL ACTION NO. 1:22-cv-01217-SEB-KMB

JOEY KIMBROUGH,

      Plaintiff,

    v.

SNAP-ON CREDIT LLC;

EXPERIAN INFORMATION
SOLUTIONS, INC (*settled and
dismissed*);

EQUIFAX INFORMATION
SERVICES LLC (*settled and
dismissed*);

SNAP-ON INCORPORATED;

NICHOLAS T. PINCHUK (*official
and individual capacities*);

JOSEPH J. BURGER (*official and
individual capacities*);

KAREN L. DANIEL (*official and
individual capacities*);

DAVID C. ADAMS (*official and
individual capacities*);

      Defendants.

Honorable Judge Sarah Evans Barker

Magistrate Judge Kellie M. Barr

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

JOSEPH J. BURGER
950 Technology Way, Suite 301
Libertyville, IL. 60048


I, <u>Lisa Kimbrough</u>, being over the age of eighteen, NOT a party to this cause, and

competent to testify as to the matters asserted herein.  I certify that on <u>1/4/2023</u> a

copy of the Summons and Complaint were sent to the Defendant listed above via

USPS Certified Mail with Signature Required.

DOCUMENT TYPE:  <u>Summons and Complaint from JOEY KIMBROUGH</u>

INDIVIDUAL SERVICE TO:  <u>JOSEPH J. BURGER</u>

SIGNED AND RECEIVED BY:  <u>*"Melody Santiago (sp.)"*</u>

DATE RECEIVED AND SIGNED:  <u>1/6/2023 at 10:05am</u>

***Certified Mail Receipt and Signature Card enclosed as "Exhibit E"***



I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING

REPRESENTATIONS ARE TRUE.


DATED: <u>1/14/23</u>      SIGNATURE OF AFFIANT: *Lisa Kimbrough*

Exhibit "E"



**SENDER: COMPLETE THIS SECTION**

Snap-On Incorporated
C/o Joseph J. Burger
950 Technology Way Ste 301
Libertyville, IL 60048

9590 9402 6788 1074 7078 03

7021 0950 0001 4171 1534

**COMPLETE THIS SECTION ON DELIVERY**

X Melody Sanbage
Melody Santrage

JAN -6 2023  USPS

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Libertyville, IL 60048

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $3.25 | 0738 54 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.16 |
| Total Postage and Fees | $9.41 |

Postmark Here
KOKOMO IN 46902
2023
01/04/2023
USPS

Sent To
Snap-on Incorporated C/o Joseph J. Burger
Street and Apt. No., or PO Box No.
950 Technology Way Ste 301
City, State, ZIP+4®
Libertyville, IL 60048

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Exhibit "E"

Tracking Number:

**7021095000014171716554**

[] Copy   ⚡ Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 10:05 am on January 6, 2023 in LIBERTYVILLE, IL 60048.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®



**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

LIBERTYVILLE, IL 60048
January 6, 2023, 10:05 am

See All Tracking History