UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-01217-SEB-KMB |
| ) | |
| SNAP-ON CREDIT LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY FROM SETTLEMENT CONFERENCE

The Plaintiff, in person, and the Defendants, by authorized representative and by counsel, appeared for a settlement conference on February 2, 2023, with the Magistrate Judge. The conference was held and concluded without settlement.

Date: 2/2/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902

Joseph D. Kern
HINSHAW & CULBERTSON LLP (Chicago)
jkern@hinshawlaw.com

David M. Schultz
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com