# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOEY KIMBROUGH, | ) |
| Plaintiff, | ) Case No. 1:22-cv-01217-SEB-KMB |
| v. | ) Honorable Sarah Evans Barker |
| SNAP-ON CREDIT LLC, et al., | ) Magistrate Judge Kellie M. Barr |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Joey Kimbrough and Defendants Snap-on Credit LLC, Snap-on Incorporated, Nicholas T. Pinchuk, Joseph J. Burger, Karen L. Daniel, and David C. Adams respectfully notify the Court that they have reached a settlement resolving this entire matter and are in the process of preparing, finalizing, and executing a settlement agreement. The parties anticipate finalizing settlement within thirty-days (30-days) and respectfully request that the Court stay all deadlines while the parties to do so.

Respectfully submitted,

*/s/ Joseph D. Kern*

HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
jkern@hinshawlaw.com
*Counsel for Defendants*

Respectfully submitted,

*/s/ Joey Kimbrough*

1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
*Pro se Plaintiff*

# CERTIFICATE OF SERVICE

      I, Joseph D. Kern, an attorney, certify that on February 9, 2023, caused to be served a copy of the foregoing on the below listed individual by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

- ☒ ECF
- ☐ Facsimile
- ☐ UPS
- ☐ U.S. Mail
- ☐ E-Mail
- ☐ Messenger Delivery

To: JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com

*/s/ Joseph D. Kern*
Joseph D. Kern