# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOEY KIMBROUGH, <br><br> Plaintiff, <br><br> v. <br><br> SNAP-ON CREDIT LLC, ET AL., <br><br> Defendants. | Case No. 1:22-cv-01217-SEB-KMB <br><br> Honorable Sarah Evans Barker <br><br> Magistrate Judge Kellie M. Barr |

## JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO FILE A STIPULATION OF DISMISSAL

The parties reached an agreement in principle to resolve this matter on or around February 9, 2023. The parties filed a notice of settlement that day to alert the Court of their settlement. Dkt. 63. The Court entered an order on February 10, 2023 that acknowledged the parties' settlement and vacated "all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any." Dkt. 64. The Court's February 10, 2023 order also asked the parties to submit a stipulation of dismissal within "30 days" (i.e., March 12, 2023).

Since reaching an agreement to resolve this matter, the parties have worked to finalize settlement, including exchanging drafts a proposed settlement agreement. The parties are now very close to finalizing the settlement agreement and executing same but need additional time to do so and to file a stipulation of dismissal. The parties anticipate finalizing the settlement agreement, signing same, and filing a stipulation within the next 30 days. The parties therefore respectfully request that the Court grant them another 30 days to finalize settlement and file a stipulation of dismissal. The parties will do so sooner if they finalize settlement sooner.

                    Respectfully submitted,

                    HINSHAW & CULBERTSON LLP

                    */s/ Joseph D. Kern*
                    Joseph D. Kern

Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
jkern@hinshawlaw.com

                    Respectfully submitted,

                    PRO SE PLAINTIFF

                    */s/ Joey Kimbrough*
                    Joey Kimbrough

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com

# CERTIFICATE OF SERVICE

       I, Joseph D. Kern, an attorney, certify that on March 10, 2023, caused to be served a copy of the foregoing on the below listed individual by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒    ECF
☐    Facsimile
☐    UPS
☐    U.S. Mail
☐    E-Mail
☐    Messenger Delivery

To:    JOEY KIMBROUGH
         1712 Candy Court South
         Kokomo, IN 46902
         joeykokomo2002@yahoo.com

                                             */s/ Joseph D. Kern*
                                             Joseph D. Kern

1052698\312903491.v1