UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| JOEY KIMBROUGH, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| SNAP-ON CREDIT LLC, ET AL., | ) |
| Defendants. | ) |

1:22-cv-1217-SEB-KMB

The extension of time requested in this Status Report is **GRANTED**. The stipulation of dismissal is due no later than **April 11, 2023**.

KMB, MJ, 3/13/23

## JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO FILE A STIPULATION OF DISMISSAL

The parties reached an agreement in principle to resolve this matter on or around February 9, 2023. The parties filed a notice of settlement that day to alert the Court of their settlement. Dkt. 63. The Court entered an order on February 10, 2023 that acknowledged the parties' settlement and vacated "all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any." Dkt. 64. The Court's February 10, 2023 order also asked the parties to submit a stipulation of dismissal within "30 days" (i.e., March 12, 2023).

Since reaching an agreement to resolve this matter, the parties have worked to finalize settlement, including exchanging drafts a proposed settlement agreement. The parties are now very close to finalizing the settlement agreement and executing same but need additional time to do so and to file a stipulation of dismissal. The parties anticipate finalizing the settlement agreement, signing same, and filing a stipulation within the next 30 days. The parties therefore respectfully request that the Court grant them another 30 days to finalize settlement and file a stipulation of dismissal. The parties will do so sooner if they finalize settlement sooner.

Distribution:
All counsel of record via CM/ECF

Joey Kimbrough 1712 Candy Court South Kokomo, IN 46902

1052698\312903491.v1