**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JOEY KIMBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-01217-SEB-KMB |
| | ) | |
| v. | ) | Honorable Sarah Evans Barker |
| | ) | |
| SNAP-ON CREDIT LLC, et al., | ) | |
| | ) | Magistrate Judge Kellie M. Barr |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Joey Kimbrough ("Plaintiff") and Defendants Snap-on Credit LLC, Snap-on

Incorporated, Nicholas T. Pinchuk, Joseph J. Burger, Karen L. Daniel, and David C. Adams

("Defendants"), pursuant to Rule 41(a)(1), hereby stipulate and agree that any and all claims

Plaintiff asserted against Defendants in this matter shall be dismissed with prejudice.


Respectfully submitted,                     Respectfully submitted,

*/s/ Joseph D. Kern*                         */s/ Joey Kimbrough*

HINSHAW & CULBERTSON LLP                     1712 Candy Court South
151 North Franklin Street, Suite 2500        Kokomo, IN 46902
Chicago, IL 60606                            joeykokomo2002@yahoo.com
Telephone: 312-704-3000                      *Pro se Plaintiff*
Facsimile: 312-704-3001
jkern@hinshawlaw.com
ARDC 6306314
*Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

      I, Joseph D. Kern, an attorney, certify that on March 31, 2023, caused to be served a copy of the foregoing on the below listed individual by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒    ECF
☐    Facsimile
☐    UPS
☐    U.S. Mail
☐    E-Mail
☐    Messenger Delivery

To:   JOEY KIMBROUGH
       1712 Candy Court South
       Kokomo, IN 46902
       joeykokomo2002@yahoo.com

                                            /s/ Joseph D. Kern
                                            Joseph D. Kern