Acknowledeged. This action is hereby dismissed with prejudice.

Date: ____4/5/2023____

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOEY KIMBROUGH, | ) |
| Plaintiff, | ) Case No. 1:22-cv-01217- |
| | ) |
| v. | ) Honorable Sarah Evans Barker |
| | ) |
| SNAP-ON CREDIT LLC, et al., | ) |
| | ) Magistrate Judge Kellie M. Barr |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Joey Kimbrough ("Plaintiff") and Defendants Snap-on Credit LLC, Snap-on Incorporated, Nicholas T. Pinchuk, Joseph J. Burger, Karen L. Daniel, and David C. Adams ("Defendants"), pursuant to Rule 41(a)(1), hereby stipulate and agree that any and all claims Plaintiff asserted against Defendants in this matter shall be dismissed with prejudice.

Respectfully submitted,

*/s/ Joseph D. Kern*

HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
jkern@hinshawlaw.com
ARDC 6306314
*Counsel for Defendants*

Respectfully submitted,

*/s/ Joey Kimbrough*

1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
*Pro se Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Joseph D. Kern, an attorney, certify that on March 31, 2023, caused to be served a copy of the foregoing on the below listed individual by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery


To: JOEY KIMBROUGH
    1712 Candy Court South
    Kokomo, IN 46902
    joeykokomo2002@yahoo.com


*/s/ Joseph D. Kern*
Joseph D. Kern